Kathleen A. McCallister
**Chapter 13 Trustee**
P.O. Box 1150
Meridian, ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
kam@kam13trustee.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO**

| IN RE: | CHAPTER 13 |
|---|---|
| **KATHERINE JOAN HARTLEY** | **CASE NO. 12-00757-TLM** |

**TURNOVER OF FUNDS TO CLERK**

The Court having Ordered distribution of the assets of the above-entitled case and funds remain after such distribution. The Trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below.

The following funds represent disbursement to debtors/creditors which were not claimed within ninth (90) days and are, therefore, paid to the Court pursuant to 11 U.S.C. Section 347(a):

| NAME AND ADDRESS OF CREDITOR | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|
| KATHERINE JOAN HARTLEY<br>389 SILVER CITY DR<br>BOISE, ID 83713 | 192526 | 07/09/2016 | $374.50 |
|  |  | **TOTAL AMOUNT REMITTED** | **$374.50** |

/s/ Kathleen McCallister
Kathleen McCallister, Trustee
Chapter 13 Trustee
Dated: July 11, 2016

FEE PAID
RCPT # 455096

TURNOVER OF FUNDS TO CLERK - 1